**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6594**

RICHARD WADE KENDRICK,

Plaintiff - Appellant,

versus

BILL CLINTON; JANET RENO; DEPARTMENT OF JUS-
TICE; U. S. DISTRICT COURT FOR THE WESTERN
DISTRICT OF VIRGINIA; JAMES TURK, Judge;
FEDERAL COURT OF APPEALS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CA-96-346-AM)

Submitted: September 20, 1996     Decided: October 1, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Wade Kendrick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Kendrick v. Clinton</u>, No. CA-96-346-AM (E.D. Va. Mar. 14, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2